I WAS ONLINE TO DO THE BANKRUPTCY AND THE CLASS WOULDN'T ACCEPT MY DEBIT. THERE IS A PHONE NUMBER TO CALL AND I'll FIND OUT WHY, MY PHONE WAS STOLEN AT 4PM YESTERDAY ON MONDAY JUNE 22

DON BLENDER CASE NUMBER 26 12574

PHONE 267-461-3032

FILED

JUN 23 2026

CLERK OF COURT

BY AC DEP. CLERK