6/26/26

DON BLENDER CASE NO 26 12574

STOLEN PHONE LAST 6/18/26
THIS COUNSELING AGENCY
INST RESPONDING BACK
I HAVE A NEW EMAIL
blendd123@gmail.com
THE CREDIT COUNSELOR IS
BK CLASS INC.
AM TRYING TO REACH THEM
BY EMAIL AND THE PHONE

U.S. BANKRUPTCY COURT
2026 JUN 26 P 2:49
FILED