26-12574

DON H. BLENDER
CASE NO. 26-25174
HAVING A PROBLEM FINDING
A LAWYER TO HANDLE
THIS BANKRUPTCY.
ALSO HAVING TROUBLE
COMPLETING THE MY
BANKRUPTCY ONLINE
CLASS
9:30 PM
ON 6/30/26

FILED
JUN 30 2026
CLERK OF COURT
BY ____ DEP. CLERK

LW